# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEN JOHANSEN,<br><br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY and AMERIQUOTE, INC.,<br><br>    Defendants | Case No.: 2:18-cv-01051-APG-PAL<br><br>**Order Transferring Case to the Unofficial Northern Division** |

Defendant Ameriquote, Inc. filed a motion to compel compliance with subpoenas for depositions related to a case pending in the Northern District of Georgia. ECF No. 1. The subpoenas are directed at Matthew Jones and Anna Jones, both of whom live in Reno. *Id.* at 2, 12. Additionally, Matthew Jones apparently contacted a Reno attorney, John Collier of the law firm Kalicki Collier, also located in Reno, to represent him in relation to the subpoena. *Id.* at 4, 12-13. An intra-district transfer to the unofficial northern division is appropriate because the Joneses and their counsel are located in Reno, that is where the subpoenas will be enforced, and there is no apparent connection between this matter and Las Vegas.

IT IS THEREFORE ORDERED that this case be transferred to the unofficial northern division of the District of Nevada and assigned to a new district judge and magistrate judge.

DATED this 3rd day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE